Alfred Erika Caraffa ADC #350727
Name and Prisoner/Booking Number

ASPC-Tucson Rincon
Place of Confinement

PO Box 24403
Mailing Address

Tucson AZ 85734
City, State, Zip Code

Refused to copy
12/19/2023 (Defendants)
E-Filed 12/21/23 ADCRR

(Failure to notify the Court of your change of address may result in dismissal of this action.)

☒ FILED   ☐ LODGED
**Dec 21 2023**
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Alfred "Erika" Caraffa ADC #350727, Et. al.,
(Full Name of Plaintiff)

Filed as Class Action under 28 USCS section 1712.

Plaintiff,

v.

(1) State of Arizona et al,
(Full Name of Defendant)
(2) ADCRR,
(3) Employees of ADCRR,
(4) United States of America
Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-23-571-TUC-JGZ(PSOT)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

### A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☒ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☒ Other: Official and Individual Capacities.

2. Institution/city where violation occurred: State of Arizona.

Revised 12/1/20                   1 of 12 total                   **550/555**

## Additional Plaintiffs

2) Every past, present, and future State of Arizona State prisoner

3) Every County prisoner in the State of Arizona.

1.(a) of 2 of 12

## B. DEFENDANTS

1. Name of first Defendant: __State of Arizona__. The first Defendant is employed as: __State of Arizona__ (Position and Title) at __State government entity__ (Institution)

2. Name of second Defendant: __ADCRR__. The second Defendant is employed as: __Arizona Dept of Corrections__ (Position and Title) at __Unofficial state entity__ (Institution)

3. Name of third Defendant: __Employees of ADCRR__. The third Defendant is employed as: __Unconstitutional state employees__ (Position and Title) at __State of Arizona__ (Institution)

4. Name of fourth Defendant: __United States__. The fourth Defendant is employed as: __United States of America__ (Position and Title) at __Official Capacity__ (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?  ☒ Yes   ☐ No

2. If yes, how many lawsuits have you filed? __235__. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: __See Query__ v. __Search__
      2. Court and case number: __See Query Search__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __See Query Search__

   b. Second prior lawsuit:
      1. Parties: __N/A__ v. __N/A__
      2. Court and case number: __N/A__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __N/A__

   c. Third prior lawsuit:
      1. Parties: __N/A__ v. __N/A__ __N/A__
      2. Court and case number: __N/A N/A N/A__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __N/A__

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2-A of 2 of 12

## B. Defendants

5) the Name of the fifth Defendant is Governor of the State of Arizona Katie Hobbs, In official and Individual Capacities

6) the Name of the Sixth Defendant is the Attorney General of the State of Arizona in official and Individual Capacities.

7) the Name of the Seventh Defendant is President Joe Biden in official Capacity only as the President of this United States of America

8) ~~the Eighth Defendant is Governor of Arizona Katie Hobbs in official and Individual Capacities~~

2(b) of 2 of 12

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: U.S. Constitution   8th Amendment

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: Cruel and unusual punishment

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On December 9th 2023 and December 10th 2023 In unofficial capacity of the State of Arizona in official capacity Defendants did not provide A third meal for December 9th and 10th 2023 per An U.S. District Court order and Injunction which Governor Katie Hobbs should be Aware of.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Deprived Constitutional Right to food and Disobedience against the United States

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count I?   ☐ Yes   ☒ No
   c. Did you appeal your request for relief on Count I to the highest level?   ☐ Yes   ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Have written grievance before Already

3 of 12

## COUNT II

1. State the constitutional or other federal civil right that was violated: __Fifth Amendment U.S. Constitution__

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: __Due process__

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Defendant(s) the United States of America and the State of Arizona have knowingly and willingly deprived Constitutional Rights, Privileges And Immunities to State Prisoners who Are Unconstitutional In Custody of the Arizona Dept. of Corrections Along with Defendant(s) Governor Katie Hobbs and the Attorney General of AZ.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Deprivation of U.S. Constitutional Right, Privileges And Immunities

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Count II to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. __Is An federal Court Issue__

4 of 12

## COUNT III

1. State the constitutional or other federal civil right that was violated: **Fourteenth Amendment U.S. Constitution**

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: **Due Process of Law**

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   The State of Arizona and the Governor of Arizona Katie Hobbs has deprived Liberty to over 65,000 unconstitutional confined prisoner in the State of Arizona which the Defendant the State of Arizona and Governor Katie Hobbs are willing depriving Federal Constitutional Rights, Privileges and Immunities.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Deprived Life Liberty and property by the State Government of Arizona

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count III? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Count III to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. **A Federal Court Issue**

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

## Count four
### Cause of Action

1) <u>Constitutional Right Deprived</u> - Fifth Amendment U.S. Constitution

2) <u>Count 4</u> - Due process

3) <u>Supporting facts</u> - the United States in official capacity through federal U.S. District Court Judge Jenniffer G. Zipps has violated the Federal Constitution to Deprive Liberty to over 65,000 unlawful held in State of Arizona Custody.

4) <u>Injury</u> - Deprived Life Liberty and Property without Due Process by an U.S. District Court Judge in official Capacity

5) (A) yes
   (B) No
   (C) No
   (D) SSA Federal Court Issue

5(a) of 2 of 12

## Count Five

### Cause of Action

1) <u>Constitutional Right Deprived</u> - Fifth Amendment U.S. Constitution

2) <u>Count Five</u> - Due process of Law

3) <u>Supporting Facts</u> - In official capacity U.S. District Court of Arizona Judge Michael T. Liburdi gave An Unconstitutional, Malicious and Corrupt "Absolute Immunity" to all federal Judges In official and Individual Capacities. which is in violation of the Federal Constitution of the Defendant(s) United States of America.

4) <u>Injury</u> - Unlawful, and unconstitutional Court order violating my constitutional Immunities and Privileges, Rights

5) Does not Apply - A federal Court Issue

5(B) of 12 of 12

E.  REQUEST FOR RELIEF

State the relief you are seeking:

I Alfred Erika "Caroff, seek 17 million dollars Plus Interest on the Judgment for count ONE, And on Behalf of the Unconstitutional Past Present and future State, County prisoners I seek $850,000.00 dollars per day plus Interest for counts two and three

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 10th 2023         ADC#350727
              DATE                         SIGNATURE OF PLAINTIFF

Alfred Erika "Caroff, ADC#350727
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

None Pro Per/Prose
(Signature of attorney, if any)


(Attorney's address & telephone number)


**ADDITIONAL PAGES**

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6 A of 3 of 12

## E. Request for Relief

I seek the Impeachment of the Governor of the State of Arizona Katie Hobbs for Deprivations of Constitutional Rights, Privileges and Immunities of the U.S. Constitution and the Impeachment trial for U.S. District Court of Arizona Judge Jennifer G. Zipps. Under Article one section three (3) clause(s) six and seven Trial by Impeachment = the Senate shall have the sole Power to try all Impeachment(s) when sitting for that Purpose, they shall be on OATH or Affirmation (see Art(I) one section three (3) clause six) and Judgment in Case(s) of Impeachment shall not extend Further that to Removal from Office, and disqualification to

E(3) of 3 of 12

## E. Request for Relief

hold and Enjoy and Office of honor, Trust or Profit under the United States, but the Party convicted shall Nevertheless be liable and subject to Indictment, trial, Judgment and PUNISHMENT, according to LAW (Judge Libardi's Rulings to give Absolute Jurisdiction to Federal Judge's IS unlawful and Unconstitutional, Done Maliciously and Corruptly) So I Also hereby call for the Impeachment trial of U.S. District Court Judge Michael T. Libardi In official and Individual Capacities and Impeachment trial of Katie Hobbs Governor of Arizona.

~~December 19, 2023~~
~~Alfred A. Gates~~
~~#8350727~~

6 (C) of 3 of 12