# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alfred Erika Caraffa,<br><br>       Plaintiff,<br><br>v.<br><br>State of Arizona, et al.,<br><br>       Defendants. | NO. CV-23-00571-TUC-JGZ(PSOT)<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed January 5, 2024, judgment of dismissal is entered. Plaintiff to take nothing, and the complaint and action are dismissed without prejudice.

                                   Debra D. Lucas
                                   District Court Executive/Clerk of Court

January 5, 2024

                               s/ A. Calderón
                      By   Deputy Clerk